# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:18 MC 40

| | | |
|---|---|---|
| MORGAN K. OSBORNE, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| GOOGLE, INC., | ) | |
| | ) | |
| Respondent. | ) | |

This matter is before the Court upon Petitioner's *pro se* "Notice to the Court & Request for Corrective Action by the Court Concerning a Subpoena from Applicant Federal Rules of Civil Procedure Rule 45(a)(4)" (Doc. 1).

Petitioner's filing raises objections to a third-party subpoena issued by this Court in connection with an opposition action apparently filed by Petitioner against Respondent pending before the Trademark Trial and Appeal Board bearing Opposition No. 91232883.

Respondent's time for filing a response to Petitioner's Notice has not elapsed. Further, the Court requires additional information to review this matter.

Therefore, the deadline for compliance by Computer American to the November 6, 2018 subpoena from Google LLC is hereby **STAYED** until further order of this Court.

Signed: November 21, 2018

W. Carleton Metcalf
United States Magistrate Judge